UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIO COSUMNES CORRECTION CENTER,<br><br>　　　　Defendant. | No. 2:24-cv-01831-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 6, 9) |

Plaintiff Gurpreet Singh is proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 4, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute and failure to comply with court orders. (Doc. No. 9.) In particular, Plaintiff failed to timely file an opposition or statement of non-opposition to Defendant's pending motion to dismiss (Doc. No. 6), and Plaintiff failed to file a response to the order to show cause the court issued on October 9, 2024 (Doc. No. 8). The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 9 at 3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
2  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
3  findings and recommendations are supported by the record and by proper analysis.
4  Accordingly:
5  1. The findings and recommendations issued on November 4, 2024 (Doc. No. 9) are
6  adopted in full;
7  2. This action is dismissed, without prejudice, due to Plaintiff's failure to prosecute
8  this action and failure to comply with court orders;
9  3. Defendant's pending motion to dismiss (Doc. No. 6) is denied as having been
10  rendered moot by this order; and
11  4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 22, 2024**

Dena Coggins
United States District Judge

2